**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**SYLVIA JENKINS,**

                **Plaintiff,**

       **v.**                                   **5:12-CV-1552**
                                                   **(NAM/TWD)**

**WEGMANS CORPORATION,**

                **Defendant.**
_____

**APPEARANCES:**                          **OF COUNSEL:**

**SYLVIA JENKINS**
**250 Hier Avenue**
**Syracuse, NY 13203**
**Plaintiff,** *pro se*

**NORMAN A. MORDUE, U. S. DISTRICT JUDGE**

### ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge Therese Wiley Dancks, duly filed on the 17th day of October 2011. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The complaint (Dkt. No. 1) is dismissed without leave to amend.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the

Magistrate Judge assigned to this case. Plaintiff shall be served by certified mail, return receipt requested.

**IT IS SO ORDERED.**

Dated: November 9, 2012
Syracuse, New York

Honorable Norman A. Mordue
U.S. District Judge